Petition for Writ of Mandamus Denied and Memorandum Opinion filed
February 20, 2007








Petition for Writ of
Mandamus Denied and Memorandum Opinion filed February 20, 2007.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00062-CV

____________

 

IN RE DAVID ROSE AND DANA ROSE, 

 Relators

 

 



 

ORIGINAL
PROCEEDING

WRIT OF MANDAMUS

 



 

M E M O R
A N D U M  O P I N I O N

On
February 6, 2007, relators, David Rose and Dana Rose, filed a petition for writ
of mandamus in this court, requesting we compel the Honorable Reece Rondon,
presiding judge of the 234th District Court, Harris County, Texas, to vacate
rulings on real party-in-interest=s motion for partial summary
judgment, relators= motion to continue real party=s motion for partial summary
judgment, and order respondent to hear the motion for partial summary judgment
after the start of trial in the underlying case.  See Tex. Gov=t Code Ann. ' 22.221 (Vernon 2004); see  also  Tex. R. App. P. 52.1.









Relators have failed to establish that the trial court=s rulings are an abuse of discretion for which they

 have no adequate remedy by appeal.  See In re Ford
Motor Co., 165 S.W.3d 315, 317 (Tex. 2005).

  Accordingly, we deny relators= petition for writ of mandamus.                                                                                

 

PER
CURIAM

 

Petition Denied and Memorandum Opinion filed February
20, 2007.

Panel consists of Justices Yates, Anderson, and
Hudson.